# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LUZ VENEDICTO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00851-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING SERVICE** |

Pursuant to the scheduling order (Doc. 3), within 20 days of the filing of the complaint Plaintiff was directed to serve Defendant with the summons, complaint, the notice and form of consent/decline to proceed before a magistrate judge (Doc. 3-2), a copy of the scheduling order (Doc. 3), and to file return of service with this Court. The complaint was filed on May 25, 2021, making the service deadline June 14, 2021. Doc. 1. Plaintiff has not filed a return of service with the Court reflecting that Defendant was served.

Accordingly, within 14 days of the entry of this order Plaintiff is **DIRECTED** to show cause why she did not serve the above-referenced documents and file a return of service with the Court. Alternatively, Plaintiff shall serve the above-referenced documents and file a return of service with the Court within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated: **June 21, 2021**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1