UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LUZ VENEDICTO,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>  Defendant. | CASE NO.: 1:21-cv-00851-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINE FORMS** |

Pursuant to the order regarding consent/decline of magistrate judge jurisdiction (Doc. 3-1), the parties were directed to complete the form of consent/decline (Doc. 3-2) within 90 days thereof, which Plaintiff has not done.

According, Plaintiff is **DIRECTED** to complete and file the same within 10 days of the issuance of this order.

IT IS SO ORDERED.

Dated: **April 4, 2022**          /s/ Gary S. Austin
                   UNITED STATES MAGISTRATE JUDGE